<div align="center">

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-8-D

</div>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JARON ANTHONY RODGERS-JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

On March 5, 2025, defendant filed a motion asking the court to reduce his sentence [D.E. 45]. The court DENIES defendant's motion to reduce his sentence as meritless. See 18 U.S.C. § 3582; cf. [D.E. 41, 42].

SO ORDERED. This _3_ day of March, 2026.

<div align="center" style="margin-left:50%">

JAMES C. DEVER III
United States District Judge

</div>